# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA SCHWEND, *n/k/a* | ) | |
| PATRICIA SCHWEND-McCUMMISKEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:10-cv-01590-CDP |
| vs. | ) | |
| | ) | |
| US BANK, N.A., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CONSENT MOTION FOR ADDITIONAL TIME
## TO SUBMIT A PRE-CERTIFICATION DISPOSITIVE MOTION

Defendants US Bank, N.A. and Wells Fargo Bank, N.A., by and through their counsel, Bryan Cave LLP, hereby move for the entry of an Order extending the deadlines for the pre-certification dispositive motion briefing schedule by  seven (7) days.  In support of their motion, Defendants state as follows:

1. On November 23, 2011, this Court entered the Second Amended Case Management Order setting forth the deadlines for this instant action.

2. The Second Amended Case Management Order requires pre-certification dispositive motions to be filed no later than January 13, 2012.  The opposition brief and the reply brief for any pre-certification dispositive motions are due no later than February 13, 2012 and February 23, 2012 respectively.

3. Unfortunately, due to an unexpected absence, Defendants' primary client contact is unavailable this week.  As such, Defendants require additional time to finalize and submit a pre-certification dispositive motion in this instant action.

4. The purpose of this extension is not delay.

5.     Defendants' counsel communicated with Plaintiff's counsel regarding the proposed new deadlines for the pre-certification dispositive motion briefing scheduling, and he has consented to the extension of these deadlines.

WHEREFORE, Defendants respectfully request that this Court issue an Order extending the deadlines for the pre-certification dispositive motion briefing schedule by seven (7) days, up to and including January 20, 2012 (pre-certification dispositive motion), February 20, 2012 (opposition brief) and March 1, 2012 (reply brief), and such further relief as this Court deems just and proper.

Respectfully submitted,

BRYAN CAVE, LLP

   /s/ Ashley H. Nall
Ashley H. Nall, USDC #: 59960MO
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5097
Fax: (312) 698-7497
E-mail: ashley.nall@bryancave.com


Eric D. Martin, USDC #: 67275MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone: (314) 259-2000
Fax: (314) 259-2020
E-mail: eric.martin@bryancave.com

*Attorneys for Defendants US Bank, N.A. and Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I, hereby certify that on January 9, 2012, the foregoing was filed electronically with the Clerk of Court to be served to the following by operation of the Court's electronic filing system:

Gregory P. White
8000 Bonhomme, Suite 316
Clayton, Missouri 63105

Peter M. Westoff
7751 Carondelet, Suite 800
Clayton, Missouri 63105

John Campbell
800 Market Street, Suite 1700
St. Louis, Missouri 63101

Attorneys for Plaintiff

/s/ Ashley H. Nall
Ashley H. Nall, USDC #: 59960MO
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5097
Fax: (312) 698-7497
E-mail: ashley.nall@bryancave.com