UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA SCHWEND-McCUMMISKEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:10 CV 1590 CDP |
| US BANK, N.A., et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

Because of other cases and court business, the Court has been unable to rule on the pending motion for summary judgment in a timely fashion.  Despite my earlier statements to the contrary, I now conclude that it is appropriate to vacate the current Case Management Order deadlines and to stay discovery until the Court can rule the pending dispositive motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for protective order [#107] is granted; the Case Management Order deadlines are vacated, discovery is stayed, and the referral to mediation deadline is extended until further order.

**IT IS FURTHER ORDERED** that the motion for extension of time to complete ADR [#111] and the motion for extension of time to complete discovery

and for revised scheduling order and conference [#114] are denied as moot.

The Court will set a further scheduling conference after ruling the motion for summary judgment.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2012.